AMY KARLIN (Bar No. 150016)
Interim Federal Public Defender
TAYLOR GEE (Bar No. 358203)
Deputy Federal Public Defender
(E-Mail: taylor_gee@fd.org)
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
HAROUT H. DJEMELIAN

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v.

HAROUT H. DJEMELIAN,

Defendant.

Case No. 2:25-po-00733-BFM

**ORDER VACATING BRIEFING SCHEDULE AND HEARING REGARDING DEFENDANT'S MOTION TO SUPPRESS**

The Court has read and considered the Stipulation to Vacate Briefing Schedule and Hearing Regarding Defendant's Motion to Suppress, filed by the parties in this matter on July 24, 2026.

IT IS HEARBY ORDERED that the hearing date for the Motion to Suppress set for August 21, 2026 is vacated; and the below briefing schedule with respect to defendant's motion is vacated as well:

a. Motion to suppress evidence due: July 24, 2026; and

b. Government's opposition due: August 7, 2026; and

c. Defendant's reply due: August 14, 2026; and

IT IS SO ORDERED.

DATED: 07/24/2026

By ______________________

HON. BRIANNA FULLER MIRCHEFF
United States Magistrate Judge

Presented by:

*/s/ Taylor Gee*
Deputy Federal Public Defender